No. 574, October Term, 1963. WILLIAMSON ET AL., EXECUTORS *v.* PEURIFOY, JUDGE. C. A. 5th Cir. Second motion to recall and amend order of this Court of January 6, 1964, denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. [For earlier orders herein, see, *e. g.*, 386 U. S. 901.]

No. 1105, October Term, 1966. McBRIDE *v.* SMITH, COMMANDANT, UNITED STATES COAST GUARD, 387 U. S. 932. The Solicitor General is requested to file a response to petition for rehearing within thirty days. MR. JUSTICE MARSHALL took no part in the consideration or decision of this order.

No. ——. IAQUINTA *v.* NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM ET AL. Further consideration of the motions to docket and dismiss this appeal is postponed pending consideration of any jurisdictional statement that may be filed.

No. ——. AMERICAN RADIATOR & STANDARD SANITARY CORP. ET AL. *v.* PHILADELPHIA HOUSING AUTHORITY ET AL. C. A. 3d Cir. Application for writ of injunction presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied. *John B. H. Carter, Lewis H. Van Dusen, Jr., Seymour Kurland, Edward W. Mullinix, David B. Buerger* and *Richardson Blair* for applicants. *Aaron M. Fine, Harold E. Kohn* and *David Berger* for respondents in opposition.

No. 64. UNITED ARTISTS CORP. *v.* CITY OF DALLAS. Appeal from Ct. Civ. App. Tex., 5th Sup. Jud. Dist. (Probable jurisdiction noted, 387 U. S. 903.) Motion of Karen Horney Clinic, Inc., for leave to file a brief, as *amicus curiae,* denied. *Morris P. Glushien* on the motion.